# EXHIBIT A

Case 1:25-cv-00014-JPJ-PMS Document 29-3 Filed 06/15/25 Page 2 of 5 Pageid#: 103



**Alexander Afnan <aa2114@georgetown.edu>**

## Status on Your Account#()

**Same Day Process Service, Inc.** <thankyou@samedayprocess.com>                    Thu, Jun 12, 2025 at 9:41 PM
To: aa2114@georgetown.edu

## Status Items

Status on Your Account:
Serve On: Aaron Cornette
Court Case: 1:25-cv-00014

| Date and Time | Jobnum | Address | Event Type | Photo | Detail |
|---|---|---|---|---|---|
| 06/12/2025 at 11:34 AM | 337667 | 6900 Atmore Drive Richmond VA 23225 | Attempt | | I arrived at the service address and spoke with Yvonne Allen, a Black female in her 40s, approximately 5'7" tall, weighing between 100 and 130 pounds, with black hair. Ms. Allen refused to accept the documents, stating that she does not know the subject and is unsure whether they are employed at this location. She advised that if the subject is employed, they would need to be served at their work facility. |

Service Comments:
Additional Message: Good evening Alexander, Please review our latest attempt to serve your legal documents. The recipient for VDOC refused to accept this service. Please inform us of your preferred course of action, and we will proceed accordingly. Thank you for your continued trust in our services. We aim to resolve this matter swiftly and efficiently. Estela Maldonado



**Alexander Afnan <aa2114@georgetown.edu>**

## [ServeManager] Job #13526281 Update

**Anthony Blizzard** <notifications@mail.servemanager.com>        Sat, Jun 14, 2025 at 1:46 PM
Reply-To: apbprocess@yahoo.com
To: Alexander afnan <aa2114@georgetown.edu>

## Attempted Serve

Anthony Blizzard shared a service notification with you:

### Details

**Process Server:** Anthony Blizzard 126389825

**Date & Time:** Jun 14, 2025, 1:45 pm EDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Not at facility today unable to confirm schedule information

### Service Address

10800 H Jack Rose Highway, Pound, VA 24279

### GPS Data

**Mobile Device:** ServeManagerMobile/1.10.4 (128) (SM-F936U/Anthony's Z Fold4; Android/15)

**GPS Coordinates:** 37.1111013, -82.5481036

**GPS Timestamp:** 1749923142775

## Job & Case

**Job:** 13526281

**Priority: Routine**

**Job Type:** Standard

**Due Date:** Jun 10, 2025

**Recipient:** Aaron Cornette

**Case:** 1:25-cv-00014

**Plaintiff:** Jaeon Chavis

**Defendant:** Virginia Department of Corrections, Jordan Murray, Alfred Yates, Dustin W. Holland, Aaron Cornette, Tanner Stumpf, Doe Officers 1, 2, 3, and 4

**Court:** United States District Court for the Western District of Virginia

**County:** Roanoke (City)

**Documents:** 001 Complaint.pdf, 027_1 Court Summons Aaron Cornette.pdf, Waiver of Service Aaron Cornette.pdf

**Shared with you by:**

Anthony Blizzard
APB Process service
apbprocess@yahoo.com
4234806470



**Alexander Afnan <aa2114@georgetown.edu>**

## [ServeManager] Job #13526281 Update

**Anthony Blizzard** <notifications@mail.servemanager.com>
Reply-To: apbprocess@yahoo.com
To: Alexander afnan <aa2114@georgetown.edu>

Sat, Jun 14, 2025 at 3:04 PM

## Attempted Serve

Anthony Blizzard shared a service notification with you:

### Details

**Process Server:** Anthony Blizzard 126389825

**Date & Time:** Jun 14, 2025, 3:03 pm EDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

No answer at the door left hanger

### Service Address

174 Zeigler Drive, Pikeville, KY 41501

### GPS Data

**Mobile Device:** ServeManagerMobile/1.10.4 (128) (SM-F936U/Anthony's Z Fold4; Android/15)

**GPS Coordinates:** 37.5400075, -82.6051196

**GPS Timestamp:** 1749927828209

[Quoted text hidden]