# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Abingdon Division

JAEON CHAVIS,

    Plaintiff,

v.                                                    CASE NO.  1:25cv14

VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

## DEFENDANT VDOC'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Virginia Department of Corrections ("VDOC") moves to dismiss Plaintiff's claims against it for the reasons stated in the accompanying memorandum.

                                              Respectfully submitted,

                                              Virginia Department of Corrections

                                              By: /s/ Cristina E. Agee
                                              Cristina E. Agee, AAG, #89367
                                              Office of the Attorney General
                                              Criminal Justice & Public Safety Division
                                              202 North 9th Street
                                              Richmond, Virginia 23219
                                              Tel.: 804-807-1807
                                              E -mail:  cagee@oag.state.va.us
                                              *(Counsel for Defendant Virginia Department of Corrections)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2025, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following: all counsel of record.

By: s/ Cristina E. Agee
Cristina E. Agee, AAG, VSB #89367
Criminal Justice & Public Safety Division
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 807-1807
Email: cagee@oag.state.va.us