AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| JAEON CHAVIS | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-00014 |
| VIRGINIA DEPARTMENT OF CORRECTIONS, et al. | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Aaron Cornette
174 Ziegler Drive
Pikeville
KY 41501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexander Afnan
Civil Rights Clinic, Georgetown University Law Center
600 New Jersey Avenue NW, Suite 352
Washingt, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LAURA A. AUSTIN, CLERK OF COURT

Date: 6/12/2025

s/ Robin Bordwine
Deputy Clerk

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Western District of Virginia

Case Number: 1:25-CV-00014

Plaintiff:
**Jaeon Chavis**

vs.

Defendant:
**Virginia Department of Corrections, et al.**

For:
Georgetown University Law Center, Civil Rights Clinic
600 New Jersey Ave. NW
Suite 352
Washington, DC 20001

Received by Kentucky Process Service Inc. on the 14th day of July, 2025 at 4:41 pm to be served on
**Aaron Cornette, 465 Penny Street, Pikeville, KY 41501.**

I, Laurie Morgan, being duly sworn, depose and say that on the **16th day of July, 2025** at **11:29 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action; Jury Trial Demanded and Complaint** to: **Aaron Cornette** at the address of: **465 Penny Street, Pikeville, KY 41501**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 140, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 17th day of July, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

JULIE ANN MORAN
Notary Public, ID KYNP94028
State at Large, Kentucky
My Commission Expires on Nov. 8, 2028

**Laurie Morgan**
Process Server

7/17/2025

**Date**

**Kentucky Process Service Inc.**
**290 High Street**
**Versailles, KY 40383**
**(859) 489-0726**

Our Job Serial Number: KPM-2025006502

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

Doc ID: d7175023bb83fa6f46e0cbe76e652eea5ac15d00