**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**
Abingdon Division

|  |  |  |
|---|---|---|
| JAEON CHAVIS, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | |
| JORDAN MURRAY, in his individual and official capacity; | ) | Civil Action No. 1:25-cv-14 |
| ALFRED YATES, in his individual and official capacity; | ) | **JURY TRIAL DEMANDED** |
| DUSTIN W. HOLLAND, in his individual and official capacity; | ) | |
| AARON CORNETTE, in his individual and official capacity; | ) | |
| TANNER STUMPF, in his individual and official capacity; | ) | |
| and DOE OFFICERS 1, 2, 3, and 4, | ) | |
| *Defendants*. | ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to file an Amended Complaint is **GRANTED**. It is further

**ORDERED** that Plaintiff's Amended Complaint, attached hereto as Exhibit 1, is accepted for docketing.

**SO ORDERED**.

Dated: _____

                                                _____
                                                Pamela Meade Sargent
                                                United States Magistrate Judge