**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division**

JAEON CHAVIS,

      Plaintiff,

v.                                         CASE NO.  1:25cv14

RICK WHITE, *et al.*,

      Defendants.

## DEFENDANTS' ANSWER & AFFIRMATIVE DEFENSES

      Defendants Holland, Murray, Stumpf, and Yates state as their answer and affirmative defenses to the amended complaint of Jaeon Chavis (ECF 51):

INTRODUCTION: Defendants deny all factual allegations of the introduction and demand strict proof of each.

      1.      This paragraph attempts to state conclusions of law; therefore, no response is required. Any factual allegations are denied.

      2.      This paragraph attempts to state conclusions of law; therefore, no response is required. Any factual allegations are denied.

      3.      This paragraph attempts to state conclusions of law; therefore, no response is required. Any factual allegations are denied.

      4.      Defendants are without knowledge; therefore, denied.

      5.      Defendants admit that Chavis was incarcerated at Red Onion State Prison from July 23, 2023, to August 30, 2024. Otherwise, denied.

      6.      Admitted.

      7.      Admitted.

8. Admitted that Rick White was employed as Warden at Red Onion State Prison on July 23, 2023, and had been employed as Warden since at least 2021. Otherwise, denied.

9. Admitted that Matthew Bernocco was the Statewide Canine Program Coordinator in VDOC on July 23, 2023, and that he has been the Statewide Canine Program Coordinator since 2021. Otherwise, denied.

10. Admitted that Jordan Murray, Alfred Yates, and Dustin Holland were employed as correctional officers at Red Onion State Prison in July, 2023. Otherwise, denied.

11. Admitted that Aaron Cornette was employed at Red Onion State Prison in July 2023. Otherwise, denied.

12. Admitted that T. Stumpf served as a canine officer at Red Onion on July 23, 2023; otherwise, denied.

13. Defendants are without knowledge; therefore, denied.

14. This paragraph attempts to state conclusions of law; therefore, no response is required. Any factual allegations are denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Admitted the Statewide Canine Coordinator is responsible for coordinating all canine training. Otherwise, denied.

21. Defendants admit that Operating Procedure 435.3 states "Canine Officers who do not comply with DOC operating procedures are subject to disciplinary action;" and "The Chief

of Security Management, Statewide Canine Coordinator, and the Facility Unit Head can at their

discretion remove a Canine Officer from a canine post." Otherwise, denied.

22.     Denied.

23.     Denied.

24.     Denied.

25.     Denied.

26.     Denied.

27.     Denied.

28.     Denied.

29.     Admitted that Yates and Holland entered the pod to assist with J. Chavis;

otherwise, denied.

30.     Denied.

31.     Denied.

32.     Multiple orders were given to Chavis; otherwise, denied.

33.     Denied.

34.     Multiple orders were given to Chavis; otherwise, denied.

35.     Denied.

36.     Denied.

37.     Denied.

38.     Denied.

39.     Denied.

40.     Denied.

41.     Denied.

42.     Denied.

43.     Defendants are without knowledge; therefore, denied.

44.     Denied.

45.     Denied.

46.     Denied.

47.     Denied.

48.     Denied.

49.     Denied.

50.     Denied.

51.     Defendants are without knowledge; therefore, denied.

52.     Denied.

53.     Denied.

54.     Denied.

55.     Denied.

56.     Denied.

57.     Denied.

58.     Denied.

59.     Denied.

60.     Denied.

61.     Denied.

62.     Denied.

63.     Denied.

64.     Denied.

65.     Denied.

66.     Denied.

67.     Denied.

68.     Denied.

69.     Denied.

70.     Denied.

71.     Admitted that photographs were taken; otherwise, denied.

72.     Admitted that a bite report was completed and photographs were taken; otherwise, denied.

73.     Admitted that emergency services was called; otherwise, denied.

74.     Denied.

75.     Denied.

76.     Denied.

77.     Denied.

78.     Denied.

79.     Denied.

80.     Denied.

81.     Denied.

82.     Admitted that no contraband was detected inside Chavis; otherwise, denied.

83.     Defendants are without knowledge; therefore, denied.

84.     Denied.

85.     Denied.

86.     Denied.

87.     Denied.

88.     Defendants are without knowledge; therefore, denied.

89.     Defendants are without knowledge; therefore, denied.

90.     Defendants are without knowledge; therefore, denied.

91.     Defendants are without knowledge; therefore, denied.

92.     Defendants are without knowledge; therefore, denied.

93.     Defendants are without knowledge; therefore, denied.

94.     Denied.

95.     Denied.

96.     Admitted that Chavis bit Yates and that Chavis was served a disciplinary charge

on July 24, 2023; otherwise, denied.

97.     Denied.

98.     Denied.

99.     Denied.

100.    Defendant admits that a disciplinary hearing was conducted on September 7,

2023, Chavis's charge of simple assault upon a non-offender; otherwise, denied.

101.    Denied.

102.    Denied.

103.    Denied.

104.    Denied.

105.    Defendants are without knowledge; therefore, denied.

106.    Defendants are without knowledge; therefore, denied.

107.    Defendants are without knowledge; therefore, denied.

108.    Defendants are without knowledge; therefore, denied.

109.    Defendants are without knowledge; therefore, denied.

110.    Defendants adopt and incorporate each of the foregoing responses as if fully set forth here.

111.    This paragraph attempts to state conclusions of law; therefore, no response is required. Any factual allegations are denied.

112.    This paragraph attempts to state conclusions of law; therefore, no response is required. Any factual allegations are denied.

113.    Denied.

114.    Denied.

115.    Denied.

116.    Denied.

117.    Denied.

118.    Denied.

119.    Denied.

120.    Denied.

121.    Denied.

122.    Denied.

123.    Denied.

124.    Denied.

125.    Denied.

126.    Denied.

127.    Denied.

128.    Denied.

129.    Denied.

130.    Denied.

131.    Defendants adopt and incorporate each of the foregoing responses as if fully set forth here.

132.    This paragraph attempts to state conclusions of law; therefore, no response is required. Any factual allegations are denied.

133.    Denied.

134.    Denied.

135.    Denied.

136.    Denied.

137.    Denied.

138.    Denied.

139.    Denied.

140.    Denied.

141.    Denied.

142.    Denied.

143.    Denied.

144.    Denied.

145.    Denied.

146.    Defendants adopt and incorporate each of the foregoing responses as if fully set forth here.

147.    This paragraph attempts to state conclusions of law; therefore, no response is required. Any factual allegations are denied.

148.    Denied.

149.    Denied.

150.    Denied.

151.    Denied.

152.    Denied.

153.    Denied.

154.    Denied.

155.    Denied.

156.    Denied.

157.    Denied.

158.    Denied.

159.    Denied.

160.    Denied.

161.    Defendants adopt and incorporate each of the foregoing responses as if fully set forth here.

162.    This paragraph attempts to state conclusions of law; therefore, no response is required. Any factual allegations are denied.

163.    This paragraph attempts to state conclusions of law; therefore, no response is required. Any factual allegations are denied.

164.    Denied.

165.    Denied.

166.    Denied.

167.    Denied.

168.    Denied.

169.    Denied.

170.    Denied.

171.    Denied.

172.    Denied.

173.    Denied.

174.    Denied.

175.    Denied.

176.    Defendants adopt and incorporate each of the foregoing responses as if fully set

forth here.

177.    Denied.

178.    Denied.

179.    Denied.

180.    Denied.

181.    Denied.

182.    Denied.

183.    Denied.

184.    Denied.

185.    Denied.

186.    Defendants adopt and incorporate each of the foregoing responses as if fully set

forth here.

187.    Denied.

188.    Denied.

189.    Denied.

190.    Denied.

DAMAGES: Defendants deny that Plaintiff has suffered the listed injuries and demand strict proof thereof.

PRAYER FOR RELIEF: Defendants admit that Plaintiff seeks the requested relief but deny that he is entitled to any requested relief. Any factual allegations are denied.

## AFFIRMATIVE DEFENSES

Defendants state the following affirmative defenses to the complaint, reserving the right to raise any such other defenses that may arise from Plaintiff's prosecution of this action and their continued investigation:

1.    Under the Eleventh Amendment and upon the discharge of their official duties, Defendants are immune from suit.

2.    Qualified immunity bars the claims against Defendants.

3.    To the extent that Plaintiff has suffered any injury or damages, such injuries or damages were due to an act or omission by Plaintiff.

4.    Any harm, damages, or injuries incurred by Plaintiff are the result of superseding, intervening causes, themselves sufficient to break any chain of causation.

5.    To the extent Plaintiff can make no showing of any physical injury accompanying or preceding any alleged emotional or mental injuries, his claim for monetary damages is barred under 42 U.S.C. § 1997e(e).

6.      Plaintiff is not entitled to money damages for claims brought against Defendants in their official capacities.

7.      Plaintiff failed to mitigate damages.

8.      Plaintiff failed to exhaust his administrative remedies, and, therefore, his action is barred, in whole or in part, under 42 U.S.C. §1997e(a).

9.      Plaintiff's requests for equitable relief are barred by the doctrine of unclean hands. Defendants anticipate seeking to amend this defense upon further investigation and discovery.

10.     Each Defendant can be held liable only for his or her own conduct.


                                 Respectfully submitted,

                                 Dustin Holland, Jordan Murray, Tanner Stumpf, and
                                 Alfred Yates,

                                 By: /s/ Cristina E. Agee
                                 Cristina E. Agee, AAG, #89367
                                 Office of the Attorney General
                                 Criminal Justice & Public Safety Division
                                 202 North 9th Street
                                 Richmond, Virginia 23219
                                 Tel.: 804-807-1807
                                 E -mail:  cagee@oag.state.va.us
                                 *(Counsel for named Defendants)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2025, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following:  all counsel of record.

By: s/  Cristina E. Agee
Cristina E. Agee, AAG, VSB #89367
Criminal Justice & Public Safety Division
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 807-1807
Email:  cagee@oag.state.va.us