# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**JAEON CHAVIS**

**vs.**

**JORDAN MURRAY, ET AL.**

Action No: 1:25CV14

Date: 10/29/2026

Judge: James P. Jones

Court Reporter: Cynthia Bragg, OCR

Deputy Clerk: Felicia Clark

Plaintiff Attorney(s)

Allison Black
Paul Leech
Caroline Lanteri
Grace Pender
Emma Marszalek
Joshua Erlich

Defendant Attorney(s)

Nathan Schnetzler

PROCEEDINGS:

Motion hearing held re: DE 126, 127, 129, 131, and 133. All parties were present and ready to proceed. Oral argument by counsel. Court recessed at 11:45 a.m. Court resumed at 11:55 a.m. Court took DE 126, 127, 129, 131, and 133 under advisement. Court discussed possible mediation with counsel. Counsel to discuss possible mediation and will promptly advise the Court. Opinion/Order forthcoming. Court adjourned at 1:08 p.m.

Time in Court: 10:01 – 11:45 a.m.; 11:55 – 1:08 p.m. (2 hours 57 minutes)