CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
November 05, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **JAEON CHAVIS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JORDAN MURRAY, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

The parties having agreed to mediate this case, it is **ORDERED** as follows:

1. The case is REFERRED to the Honorable Scott H. Jones, United States Magistrate Judge, to conduct mediation proceedings in this case; and

2. In order to provide adequate time for mediation, the current trial dates of December 1–4 and 7–10 are CANCELLED. If the mediation is unsuccessful, new trial dates will be promptly scheduled, and the Court will proceed to resolve the pending pretrial motions.

ENTER: November 5, 2026

/s/ JAMES P. JONES
Senior United States District Judge